UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Banc of America Practice Solutions, Inc.,

                    Plaintiff,

-v-

Colleen A. Watson, DDS, PC,

                    Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 21 JUN 2010

ORDER
08cv3372(GBD)

GEORGE B. DANIELS, District Judge:

    Unless the parties have finalized settlement in this matter, Defendant is ordered to answer Plaintiff's motion, to strike Defendants' answer in its entirely and enter judgment in favor of Plaintiff by June 25, 2010, and both parties are ordered to appear before this court on June 29, 2010 at 9:30.

    No further adjournments will be granted in this matter. If Defendant fails to respond to this motion or appear at the court conference on June 29, 2010, this court will grant Plaintiff's motion as unopposed.

Dated:   New York, New York
          June 18, 2010

                                          SO ORDERED:

                                          *George B. Daniels* (signature)
                                          GEORGE B. DANIELS
                                          United States District Judge